POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  (310) 405-7190
Email:  jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movants Iron
Workers Local 580 Joint Funds and
Ironworkers Locals 40, 361 & 417 Union
Security Funds and Proposed Lead Counsel
for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No.: 4:19-cv-06996-HSG<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF IRON WORKERS LOCAL 580 JOINT FUNDS AND IRONWORKERS LOCALS 40, 361 & 417 UNION SECURITY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  February 6, 2020<br>Time:  2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2 – 4th Floor |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of the Iron Workers Local 580 Joint Funds Ironworkers Locals 40, 361 & 417 Union Security Funds (collectively, the "Iron Workers Funds"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Iron Workers Funds' motion for appointment as Lead Plaintiffs for the Class and approval of the Iron Workers Funds' selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Loss chart of the Iron Workers Funds;

Exhibit B:      Press release published over *Globe Newswire* on October 25, 2019, announcing the pendency of the above-captioned action;

Exhibit C:      Shareholder Certifications executed on behalf of the Iron Workers Funds; and

Exhibit D:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 24, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL - 4:19-cv-06996-HSG

PROOF OF SERVICE

I hereby certify that on December 24, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL - 4:19-cv-06996-HSG