# Exhibit A

**PG&E Corporation  (PCG)**
**Class Period: December 11, 2018 through October 11, 2019**

| Plantiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 73-Day Mean Price $8.1184 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron Workers Local 580 Joint Funds | | | | | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/2/2019 | 1,937 | $22.8889 | ($44,336) | 8/7/2019 | (40) | $18.0095 | $720 | | | |
| Iron Workers Local 580 Joint Funds | 7/2/2019 | 143 | $23.2050 | ($3,318) | 10/2/2019 | (2,828) | $9.1495 | $25,875 | | | |
| Iron Workers Local 580 Joint Funds | 7/3/2019 | 423 | $22.3320 | ($9,446) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/3/2019 | 2,258 | $22.5029 | ($50,812) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/5/2019 | 69 | $22.2000 | ($1,532) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/5/2019 | 1,735 | $21.8671 | ($37,939) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/8/2019 | 2,231 | $21.4596 | ($47,876) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/8/2019 | 178 | $21.5100 | ($3,829) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 7/9/2019 | 2,216 | $22.3153 | ($49,451) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 9/9/2019 | 79 | $9.9800 | ($788) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 9/10/2019 | 7 | $11.2300 | ($79) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 9/11/2019 | 30 | $10.6800 | ($320) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 9/13/2019 | 27 | $10.8389 | ($293) | | | | | | | |
| Iron Workers Local 580 Joint Funds | 9/17/2019 | 23 | $11.0074 | ($253) | | | | | | | |
| **Iron Workers Local 580 Joint Funds** | | **11,356** | | **($250,272)** | | **(2,868)** | | **$26,595** | **8,488** | **$68,909** | **($154,768)** |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | | | | | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/2/2019 | 137 | $23.2050 | ($3,179) | 8/7/2019 | (38) | $18.0353 | $685 | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/2/2019 | 1,850 | $22.8889 | ($42,344) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/3/2019 | 2,157 | $22.5076 | ($48,549) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/3/2019 | 407 | $22.3320 | ($9,089) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/5/2019 | 66 | $22.2000 | ($1,465) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/5/2019 | 1,655 | $21.8701 | ($36,195) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/8/2019 | 2,130 | $21.4560 | ($45,701) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/8/2019 | 170 | $21.5100 | ($3,657) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 7/9/2019 | 2,118 | $22.2854 | ($47,200) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 9/9/2019 | 76 | $9.9800 | ($758) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 9/10/2019 | 6 | $11.2300 | ($67) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 9/11/2019 | 11 | $10.6800 | ($117) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 9/13/2019 | 26 | $10.8327 | ($282) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 9/17/2019 | 40 | $10.9180 | ($437) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 10/1/2019 | 503 | $9.9177 | ($4,989) | | | | | | | |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | 10/7/2019 | 130 | $11.5000 | ($1,495) | | | | | | | |
| **Ironworkers Locals 40, 361 & 417 Union Security Funds** | | **11,482** | | **($245,526)** | | **(38)** | | **$685** | **11,444** | **$92,907** | **($151,933)** |
| Summary | | | | | | | | | | | |
| Iron Workers Local 580 Joint Funds | | 11,356 | | ($250,272) | | (2,868) | | $26,595 | 8,488 | | ($154,768) |
| Ironworkers Locals 40, 361 & 417 Union Security Funds | | 11,482 | | ($245,526) | | (38) | | $685 | 11,444 | | ($151,933) |
| **Total** | | **22,838** | | **($495,798)** | | **(2,906)** | | **$27,281** | **19,932** | | **($306,702)** |

*Avg Closing Prices from October 12 to December 23