- 3 -

# Exhibit C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Sean Boyle, on behalf of Iron Workers Local 580 Joint Funds ("Iron Workers"), as Fund Director, with authority to bind Iron Workers and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint on behalf of investors in PG&E Corporation ("PG&E" or the "Company") securities and authorize the filing of a motion on behalf of Iron Workers for appointment as lead plaintiff.

3.      Iron Workers did not purchase or acquire PG&E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Iron Workers is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired PG&E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of Iron Workers' transactions in PG&E securities during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, Iron Workers has served as a representative party on behalf of a class under the federal securities laws in the following actions:

- *In re 3M Company Securities Litigation*, 2:19-cv-15982 (D.N.J.);

- *Gross v. AT&T Inc. et al.*, 1:19-cv-02892 (S.D.N.Y.);

- *Barnes v. Edison International et al*, 2:18-cv-09690 (C.D. Cal.);

- *Howard v. Arconic Inc. et al.*, 2:17-cv-01057 (W.D. Pa.);

- *McKenna v. Dick's Sporting Goods, Inc. et al.*, 1:17-cv-03680 (S.D.N.Y.);

- *In re Chicago Bridge & Iron Company N.V. Securities Litigation*, 1:17-cv-01580 (S.D.N.Y.);

and

- *In re Symbol Technologies, Inc. Securities Litigation*, 2:05-cv-03923 (E.D.N.Y.).

7.      During the three-year period preceding the date on which this Certification is signed, Iron Workers has sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Cambridge Retirement System v. EQT Corporation et al.*, 2:19-cv-00754 (W.D. Pa.):

- *Mathes v. Molson Coors Brewing Company et al.*, 1:19-cv-01162 (N.D. Ill.);

- *Iron Workers Local 580 Joint Funds v. NVIDIA Corporation et al.*, 4:18-cv-07669 (N.D. Cal.);

- *Holwill v. AbbVie Inc. et al.*, 1:18-cv-06790 (N.D. Ill.);

- *Chandler v. Ulta Beauty, Inc. et al.*, 1:18-cv-01577 (N.D. Ill.);

- *Parchmann v. MetLife, Inc. et al.*, 1:18-cv-00780 (E.D.N.Y.); and

- *Shenk v. Mallinckrodt plc et al.*, 1:17-cv-00145 (D.D.C.).

8.      Iron Workers agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed ___12-17-2019___
         **(Date)**


_____
**(Signature)**

___Sean Boyle___
**(Print Name)**

**PG&E Corporation  (PCG)**                                    **Iron Workers Local 580 Joint Funds**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 7/2/2019 | Purchase | 1,937 | $22.8889 |
| 7/2/2019 | Purchase | 143 | $23.2050 |
| 7/3/2019 | Purchase | 423 | $22.3320 |
| 7/3/2019 | Purchase | 2,258 | $22.5029 |
| 7/5/2019 | Purchase | 69 | $22.2000 |
| 7/5/2019 | Purchase | 1,735 | $21.8671 |
| 7/8/2019 | Purchase | 2,231 | $21.4596 |
| 7/8/2019 | Purchase | 178 | $21.5100 |
| 7/9/2019 | Purchase | 2,216 | $22.3153 |
| 9/9/2019 | Purchase | 79 | $9.9800 |
| 9/10/2019 | Purchase | 7 | $11.2300 |
| 9/11/2019 | Purchase | 30 | $10.6800 |
| 9/13/2019 | Purchase | 27 | $10.8389 |
| 9/17/2019 | Purchase | 23 | $11.0074 |
| 8/7/2019 | Sale | (40) | $18.0095 |
| 10/2/2019 | Sale | (2,828) | $9.1495 |

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1. I, Brian Sabbagh, on behalf of Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers"), as Fund Administrator, with authority to enter into litigation on behalf of Ironworkers, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint on behalf of investors in PG&E Corporation ("PG&E") securities and authorize the filing of a motion on Ironworkers' behalf for appointment as lead plaintiff.

3. Ironworkers did not purchase or acquire PG&E securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Ironworkers is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired PG&E securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of Ironworkers' transactions in PG&E securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Ironworkers has served or sought to serve as a representative party, and/or filed a complaint on behalf of a class under the federal securities laws in the following actions:

- *Rhode Island Laborers' Pension Fund v. FedEx Corporation et al.*, 1:19-cv-05990 (S.D.N.Y.);

- *Gross v. AT&T Inc. et al.*, 1:19-cv-02892 (S.D.N.Y.);

- *In re Alphabet, Inc. Sec. Litig.*, 4:18-cv-06245 (N.D. Cal.);

- *Marder v. Campbell Soup Company et al.*, 1:18-cv-14385 (D.N.J.);

- *Chandler v. Ulta Beauty, Inc. et al.*, 1:18-cv-01577 (N.D. Ill.);

- *Howard v. Arconic, Inc. et al.*, 2:17-cv-01057 (W.D. Pa.);

- *McKenna v. Dick's Sporting Goods, Inc. et al.*, 1:17-cv-03680 (S.D.N.Y.);

- *City of Dearborn Heights Act 345 Police & Fire Retirement System v. Chicago Bridge & Iron Company N.V. et al.*, 1:17-cv-01580 (S.D.N.Y.);

- *Utesch v. Lannett Company, Inc. et al.*, 2:16-cv-05932 (E.D. Pa.);

- *In re Ocwen Financial Corporation Securities Litigation*, 9:14-cv-81057 (S.D. Fla.); and

- *Booth v. Linn Energy LLC et al.*, 1:13-cv-06712 (S.D.N.Y.).

7.    Ironworkers agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed ___Dec. 20, 2019___
(Date)

_____
(Signature)
Brian Sabbagh
Fund Administrator
Ironworkers Locals 40, 361 & 417 Union Security Funds

**PG&E Corporation  (PCG)**  **Ironworkers Locals 40, 361 & 417 Union Security Funds**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 7/2/2019 | Purchase | 137 | $23.2050 |
| 7/2/2019 | Purchase | 1,850 | $22.8889 |
| 7/3/2019 | Purchase | 2,157 | $22.5076 |
| 7/3/2019 | Purchase | 407 | $22.3320 |
| 7/5/2019 | Purchase | 66 | $22.2000 |
| 7/5/2019 | Purchase | 1,655 | $21.8701 |
| 7/8/2019 | Purchase | 2,130 | $21.4560 |
| 7/8/2019 | Purchase | 170 | $21.5100 |
| 7/9/2019 | Purchase | 2,118 | $22.2854 |
| 9/9/2019 | Purchase | 76 | $9.9800 |
| 9/10/2019 | Purchase | 6 | $11.2300 |
| 9/11/2019 | Purchase | 11 | $10.6800 |
| 9/13/2019 | Purchase | 26 | $10.8327 |
| 9/17/2019 | Purchase | 40 | $10.9180 |
| 10/1/2019 | Purchase | 503 | $9.9177 |
| 10/7/2019 | Purchase | 130 | $11.5000 |
| 8/7/2019 | Sale | (38) | $18.0353 |