# EXHIBIT 3

**PG&E Corporation Loss Chart**
**Class Period: December 11, 2018 through October 11, 2019**

Lookback Price $8.1737

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Allustiarti | 1/15/2019 | 300 | ($6.50) | ($1,950.00) | 1/16/2019 | 300 | $6.65 | $1,995.00 | | | |
| | 1/15/2019 | 8,200 | ($6.50) | ($53,300.00) | 1/16/2019 | 1,200 | $6.65 | $7,980.00 | | | |
| | 1/15/2019 | 1,500 | ($6.48) | ($9,720.00) | 1/16/2019 | 500 | $6.65 | $3,325.00 | | | |
| | 1/22/2019 | 10,000 | ($7.85) | ($78,500.00) | 1/16/2019 | 8,000 | $6.56 | $52,480.80 | | | |
| | 1/24/2019 | 3,335 | ($13.08) | ($43,621.80) | 1/29/2019 | 300 | $13.20 | $3,960.00 | | | |
| | 1/24/2019 | 600 | ($13.08) | ($7,848.00) | 1/29/2019 | 5,126 | $13.20 | $67,663.20 | | | |
| | 1/24/2019 | 1,491 | ($13.08) | ($19,502.28) | 4/8/2019 | 5,000 | $19.70 | $98,500.00 | | | |
| | 2/19/2019 | 5,000 | ($18.40) | ($92,000.00) | 5/13/2019 | 10,000 | $18.24 | $182,400.00 | | | |
| | 2/19/2019 | 5,000 | ($18.24) | ($91,194.00) | 6/21/2019 | 900 | $23.05 | $20,745.00 | | | |
| | 2/19/2019 | 202 | ($17.85) | ($3,605.70) | 7/26/2019 | 10,000 | $18.65 | $186,500.00 | | | |
| | 2/19/2019 | 238 | ($17.85) | ($4,248.30) | 8/2/2019 | 5,000 | $18.55 | $92,750.00 | | | |
| | 2/19/2019 | 303 | ($17.85) | ($5,408.55) | | | | | | | |
| | 2/19/2019 | 1,000 | ($17.85) | ($17,850.00) | | | | | | | |
| | 2/19/2019 | 3,084 | ($17.85) | ($55,049.40) | | | | | | | |
| | 2/19/2019 | 5,173 | ($17.85) | ($92,338.05) | | | | | | | |
| | 2/21/2019 | 10,000 | ($18.35) | ($183,500.00) | | | | | | | |
| | 2/21/2019 | 176 | ($19.40) | ($3,414.40) | | | | | | | |
| | 2/21/2019 | 4,824 | ($19.40) | ($93,585.60) | | | | | | | |
| | 2/25/2019 | 2,000 | ($18.45) | ($36,900.00) | | | | | | | |
| | 2/25/2019 | 5,700 | ($18.45) | ($105,165.00) | | | | | | | |
| | 2/25/2019 | 200 | ($18.44) | ($3,688.00) | | | | | | | |
| | 2/25/2019 | 1,500 | ($18.43) | ($27,645.00) | | | | | | | |
| | 2/25/2019 | 600 | ($18.42) | ($11,052.00) | | | | | | | |
| | 4/17/2019 | 4,100 | ($21.90) | ($89,790.00) | | | | | | | |
| | 4/22/2019 | 10,000 | ($21.20) | ($212,000.00) | | | | | | | |
| | 4/23/2019 | 900 | ($21.45) | ($19,305.00) | | | | | | | |
| | 5/1/2019 | 5,000 | ($21.67) | ($108,350.00) | | | | | | | |
| | 5/14/2019 | 50 | ($18.00) | ($900.00) | | | | | | | |
| | 5/14/2019 | 200 | ($18.00) | ($3,600.00) | | | | | | | |
| | 6/24/2019 | 5,000 | ($21.51) | ($107,550.00) | | | | | | | |
| | | 95,676 | | ($1,582,581.08) | | 46,326 | | $718,299.00 | 49,350 | $403,372.10 | ($460,909.99) |