W. Scott Holleman (#310266)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Email: holleman@bespc.com
        passmore@bespc.com

*Attorneys for Movant Bob Vavla*
*and Proposed Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF BOB VAVLA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:          February 6, 2020<br>Time:         2:00 p.m.<br>Courtroom:  2, 4th Floor<br>Judge:        Hon. Haywood S. Gilliam, Jr. |

Case No. 4:19-cv-06996-HSG
DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF BOB VAVLA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, W. Scott Holleman, hereby declare as follows:

1. I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Movant Bob Vavla ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of the Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Private Securities Litigation Reform Act Certification signed by Movant attaching his transactions in PG&E Corporation ("PG&E") securities.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investments in PG&E.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the press release originally published on October 25, 2019, on *Globe Newswire* announcing the pendency of the securities lawsuit.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of December, 2019.

*/s/ W, Scott Holleman*
W. Scott Holleman

DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF BOB VAVLA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL