# Exhibit 2

**Loss Chart**

| | | |
|---|---|---|
| **Company Name** | PG&E Corporation | |
| **Client Name** | Bob F. Vavla | **LIFO Loss**  ($54,708.00) |
| **Ticker Symbol** | PCG | |
| **Class Period Start** | 12/11/2018 | |
| **Class Period End** | 10/11/2019 | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 9/23/19 | 8,400 | $11.89 | ($99,876.00) | | | ($99,876.00) |
| 10/7/19 | 6,400 | $11.72 | ($75,008.00) | | | ($174,884.00) |
| | | | | | **Subtotal** | ($174,884.00) |
| **Shares Retained** | | | **90-Day Average Price** | | **Retained Share Value** | $120,176.00 |
| 14,800 | | | $8.12* | | **Total** | ($54,708.00) |

*The 90-Day Average Price Used in This Loss Chart is the Average Closing Price Between October 12, 2019 and December 23, 2019.