**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant Robert Allustiarti and*
*Proposed Lead Counsel for Plaintiff and the Class*

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movants Iron Workers Local 580*
*Joint Funds and Ironworkers Locals 40, 361 & 417 Union*
*Security Funds and Proposed Co-Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, <br><br> Defendants. | Case No. 4:19-cv-06996-HSG <br><br> **SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPOINTING CO-LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Haywood S. Gilliam, Jr. <br> Hearing: February 27, 2020 <br> Time: 2:00 PM <br> Ctrm: 2 - 4th Floor (Oakland) |

1

Co-Lead Plaintiff Movants Robert Allustiarti, Iron Workers Local 580 Joint Funds, and Ironworkers Locals 40, 361 & 417 Union Security Funds ("Movants") submit this brief in response to the Court's January 21, 2020 Order for Pomerantz LLP ("Pomerantz") and The Rosen Law Firm, P.A. ("Rosen") to explain how they will coordinate work to ensure that they do not duplicate efforts.

Each of Pomerantz and Rosen have deep experience litigating securities class actions. Moreover, Pomerantz and Rosen have a long history of successfully serving *together* as Co-Lead Counsel in securities class actions and providing substantial results to investors. They served as co-lead counsel in the following cases, among others:

- *Koopman v. Fiat Chrysler Automobiles N.V.*, 15-CV-7199-JMF (S.D.N.Y.). Pomerantz and Rosen secured a $110 million settlement in a case that proceeded past expert discovery.

- *Thomas v. Magnachip Semiconductor Corp.*, 14-cv-1160-JST (N.D. Cal.). Pomerantz and Rosen secured a $30 million settlement in a case that proceeded to expert discovery.

- *Menaldi v. Och-Ziff Capital Management Group LLC*, 14-cv-3251-JPO (S.D.N.Y.). Pomerantz and Rosen secured a $28.75 million settlement in a case that proceeded past class certification and substantially into fact discovery.

- *Thorpe v. Walter Investment Management*, 14-cv-20880-UU (S.D. Fla.). Pomerantz and Rosen secured a $24 million settlement in a case that proceeded past class certification.

As a result of this long history, the attorneys employed Pomerantz and Rosen have deep and productive working relationships. Because of these relationships, Pomerantz and Rosen attorneys can quickly make tactical decisions and assign tasks to the best-suited attorneys. Moreover, in serving as co-lead counsel, Pomerantz and Rosen will better be able to advance

2

the proposed class's claims than they would if either firm were handling the litigation as sole lead counsel.

To benefit the class and ensure there is no duplication, Pomerantz and Rosen intend to work exactly as they have in the above-mentioned cases.

- Core team: Each firm designates a core team of attorneys with primary responsibility for the matter.

- Tasks: Each firm is assigned primary responsibility for each major task, such as drafting court filings. Each firm will then designate responsibility for completing the task to individual attorneys. At the direction of the lead firm, the other firm may assist with supporting tasks or review work product.

- Document review: The firms jointly create a core team to review and analyze documents. The firms jointly supervise the team.

- Depositions: Each deposition is assigned to one firm. Insofar as possible, Pomerantz and Rosen will divide depositions between the firms by issues or type of deponent. Thus, each firm will gain expertise as to the documents relevant for each deponent, allowing them to work more efficiently to prepare for each deposition.

- Trial: Pomerantz and Rosen will pool their resources to create a trial team of attorneys with substantial trial experience.

The measures Pomerantz and Rosen propose to employ in this case are not hypothetical. Pomerantz and Rosen have already worked together as co-lead counsel in many cases. In each of these cases, Pomerantz and Rosen used these same to ensure that there was no duplication of efforts. This case will be no different.

3

Finally, Pomerantz and Rosen have no incentive to duplicate efforts. Pomerantz and Rosen expect that their compensation, if any, shall be set as a percentage of the common fund they recover for class members. *See*, *e.g.*, *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1046 (N.D. Cal. 2007) (in the Ninth Circuit, use of the percentage method in common fund cases dominates). Their lodestar would only be used as a crosscheck. Any duplication would waste attorney hours that could be spent on other more productive tasks but would have little impact on compensation.

Dated: January 27, 2020          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
Jonathan Richard Horne (admitted *pro hac vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Co-Lead Plaintiff Movant Robert Allustiarti and Proposed Co-Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
Sherin Mahdavian, Esq.
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Allustiarti*

Dated: January 27, 2020          **POMERANTZ LLP**

4

/s/Patrick V. Dahlstrom
Patrick V. Dahlstrom
(*pro hac vice application forthcoming*)
Ten South LaSalle Street, Suite 3505
Louis C. Ludwig
(*pro hac vice application forthcoming*)
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com
Email: lcludwig@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants Iron Workers Local 580 Joint Funds and Ironworkers Locals 40, 361 & 417 Union Security Funds and Proposed Co-Lead Counsel for the Class*

5

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On January 27, 2020 I electronically filed the following **SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPOINTING CO-LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on January 27, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPOINTING CO-LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL – 4:19-cv-06996-HSG