**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Louis C. Ludwig (*admitted pro hac vice*)
Jared Schneider (*admitted pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

*Co-Counsel for Lead Plaintiffs and Proposed Co-Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND RESPONSE THERETO**<br><br><u>CLASS ACTION</u> |

WHEREAS, on October 25, 2019, Plaintiff Christopher Vataj ("Vataj"), individually and on behalf of all others similarly situated, filed a putative class action complaint on behalf of investors in PG&E Corporation against defendants William D. Johnson, John R. Simon, Geisha

1

Williams, and Jason P. Wells (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (the "Complaint") (Dkt. No. 1);

WHEREAS, on the December 24, 2019 statutory deadline to seek appointment as Lead Plaintiff and approval of Lead Counsel in the above-captioned securities class action brought pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), three movants or movant groups filed such motions: (1) Iron Workers Local 580 Joint Funds and Ironworkers Locals 40, 361 & 417 Union Security Funds (the "Iron Workers Funds") (Dkt. No. 19); (2) Robert Allustiarti ("Allustiarti") (Dkt. No. 23); and (3) Bob Vavla ("Vavla") (Dkt. No. 25);

WHEREAS, on January 6, 2020, Vavla filed a notice of withdrawal of his motion (Dkt. No. 32), leaving only the motions of the Iron Workers Funds and Allustiarti before the Court;

WHEREAS, on January 7, 2020 the Iron Workers Funds and Allustiarti filed the Stipulation and [Proposed] Order Appointing Co-Lead Plaintiffs and Approving Selection of Counsel (Dkt. No. 33);

WHEREAS, on February 3, 2020, the Court entered an order appointing Iron Workers Fund and Allustiarti as Co-Lead Plaintiffs and their counsel as Co-Lead Counsel pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4; and

IT IS HEREBY STIPULATED, that subject to the Court's approval:

1. Defendants shall not be required to answer or otherwise respond to the Complaint.

2. Co-Lead Plaintiffs shall file an amended complaint, or notify Defendants in writing that Lead Plaintiff intends to rely on the current complaint, on or before April 3, 2020.

3. Defendants shall answer or otherwise respond to the operative complaint on or

before June 2, 2020.

4. If Defendants move to dismiss the operative complaint, Co-Lead Plaintiffs shall file their response brief on or before August 3, 2020. Defendants shall file their reply brief on or before September 2, 2020.

Dated: February 4, 2020  Respectfully submitted,

**POMERANTZ LLP**

/s/ *Louis C. Ludwig*
Louis C. Ludwig
(*admitted pro hac vice*)
Jared Schneider
(*admitted pro hac vice*)

Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

| | | |
|---|---|---|
| 1 | Dated: February 11, 2020 | **THE ROSEN LAW FIRM, P.A.** |
| 2 | | /s/ *Jonathan Horne* |
| 3 | | Laurence M. Rosen (SBN 219683) |
| | | 355 South Grand Avenue, Suite 2450 |
| 4 | | Los Angeles, CA 90071 |
| 5 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 6 | | Email: lrosen@rosenlegal.com |
| 7 | | Jonathan Horne (*admitted pro hac vice*) |
| | | 275 Madison Avenue, 40th Floor |
| 8 | | New York, NY 10016 |
| 9 | | Telephone: (212) 686-1060 |
| | | Facsimile: (212) 202-3827 |
| 10 | | Email: jhorne@rosenlegal.com |
| 11 | | *Co-Counsel for Lead Plaintiffs and Proposed Co-Lead Counsel for the Class* |
| 12 | | |
| 13 | | **THE SCHALL LAW FIRM** |
| 14 | | Brian Schall |
| | | Sherin Mahdavian |
| 15 | | Rina Restaino, Esq. |
| 16 | | 1880 Century Park East, Suite 404 |
| | | Los Angeles, CA 90067 |
| 17 | | Telephone: (424) 303-1964 |
| 18 | | Email: brian@schallfirm.com |
| | | sherin@schallfirm.com |
| 19 | | rina@schallfirm.com |
| 20 | | *Additional Counsel for Plaintiff Allustiarti* |
| 21 | | |
| 22 | Dated: February 11, 2020 | **MCDERMOTT WILL & EMERY LLP** |
| 23 | | /s/ *Gregory R. Jones* |
| 24 | | Steven S. Scholes (*admitted pro hac vice*) |
| | | 444 West Lake Street, Suite 4000 |
| 25 | | Chicago, IL 60606 |
| 26 | | Telephone: (312) 984-7762 |
| | | Email: sscholes@mwe.com |
| 27 | | |
| 28 | | Michael A. Piazza (SBN 235881) |
| | | Gregory R. Jones (SBN 229858) |

Jason Strabo (SBN 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: PG&E@mwe.com

\*   \*   \*

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

## **LOCAL RULE 5-1 ATTESTATION**

I, Louis C. Ludwig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND RESPONSE THERETO. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document, Jonathan Horne and Gregory R. Jones, concurred in the filing of this document.

Dated: February 11, 2020          <u>Louis C. Ludwig</u>
                                                      Louis C. Ludwig

# **CERTIFICATE OF SERVICE**

I, Louis C. Ludwig, hereby declare under penalty of perjury as follows:

I am a partner attorney at Pomerantz LLP, with offices at 600 Third Avenue, 20th Floor, New York, NY 10016. I am over the age of eighteen.

On February 11, 2020, I electronically filed the following STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND RESPONSE THERETO with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 11, 2020.

/s/ Louis C. Ludwig
Louis C. Ludwig