McDERMOTT WILL & EMERY LLP
STEVEN S. SCHOLES (admitted *pro hac vice*)
444 West Lake Street
Chicago, IL  60606-0029
Telephone:        +1 312 372 2000
Facsimile:        +1 312 984 7700

MICHAEL A. PIAZZA (State Bar No. 235881)
GREGORY R. JONES (State Bar No. 229858)
JASON D. STRABO (State Bar No. 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3218
Telephone:        +1 310 277 4110
Facsimile:        +1 310 277 4730
Email:            PG&E@mwe.com

Attorneys for Individual Defendants
WILLIAM JOHNSON, GEISHA WILLIAMS,
and SUMEET SINGH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER VATAJ, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, <br><br> Defendants. | CASE NO. 4:19-cv-06996-HSG <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** <br><br> [NOTICE OF MOTION AND MOTION TO DISMISS AND SUPPORTING BRIEF FILED CONCURRENTLY HEREWITH] <br><br> <u>Hearing</u>: <br><br> Date:        August 20, 2020 <br> Time:        2:00 p.m. <br> Location:    Courtroom 2 (4th Floor) |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

DM_US 168599009-1.088584.0015

REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION TO DISMISS
(4:19-CV-06996-HSG)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 201 of the Federal Rules of Evidence, individual defendants William Johnson, Geisha Williams, and Sumeet Singh (the "Individual Defendants") hereby request that the Court take judicial notice of the following documents in support of the their motion to dismiss the amended class action complaint of co-lead plaintiffs Iron Workers Local 580 Joint Funds, Ironworkers Locals 40, 361 & 417 Union Security.

When deciding a motion to dismiss, it is appropriate for a court to take judicial notice of documents cited in the plaintiff's complaint. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998, 1002 (9th Cir. 2018) ("[I]f the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim," a defendant may seek to incorporate that document into the Complaint); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (noting in ruling on motion to dismiss, court may consider documents referred to in complaint or any matter subject to judicial notice); *In re Aqua Metals, Inc. Sec. Litig.*, No. 17-cv-07142-HSG, 2019 WL 3817849, at *5 (N.D. Cal. Aug. 14, 2019) (in connection with deciding motion to dismiss, taking judicial notice of "the SEC filings, press releases, and conference call transcripts that Plaintiff alleges contain false and/or misleading statements for the purpose of determining what was disclosed to the market"). Therefore, it is appropriate for the Court to take judicial notice of the following documents:

- **Exhibit A**: The ESRB-8 resolution adopted by the California Public Utilities Commission in July 2018, which is referenced in the amended complaint at Paragraph 40; and

- **Exhibit B**: The protocol published by Pacific Gas and Electric Company in September 2018 pursuant to ESRB-8, which is referenced in the amended complaint at Paragraph 72(b)(ii).

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

DM_US 168599009-1.088584.0015

REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION TO DISMISS
(4:19-CV-06996-HSG)

When deciding a motion to dismiss, it is also appropriate for a court to take judicial notice of judicial filings. *See Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) ("On a Rule 12(b)(6) motion to dismiss, when a court takes judicial notice of another court's opinion, it may do so not for the truth of the facts recited therein, but for the existence of the opinion, which is not subject to reasonable dispute over its authenticity.") (citations omitted); *Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."). Therefore, it is appropriate for the Court to take judicial notice of the following document:

- **Exhibit C**: The March 30, 2020 decision of U.S. Bankruptcy Judge Dennis Montali issued in *In re PG&E Corporation*, Bankruptcy Case No. 19-30088-DM.

The Individual Defendants seek judicial notice of these documents. Attached hereto are true and correct copies of each of the documents referenced above.

McDERMOTT WILL & EMERY LLP

Dated: May 15, 2020

By:    */s/ Steven S. Scholes*
     STEVEN S. SCHOLES
     Attorneys for Individual Defendants
     WILLIAM JOHNSON, GEISHA
     WILLIAMS, and SUMEET SINGH

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES