1  **POMERANTZ LLP**
   Jennifer Pafiti (SBN 282790)
2  1100 Glendon Avenue, 15th Floor
3  Los Angeles, California 90024
   Telephone: (310) 405-7190
4  Email: jpafiti@pomlaw.com

5  Louis C. Ludwig (admitted *pro hac vice*)
   Jared Schneider (admitted *pro hac vice*)
6  Ten South LaSalle Street, Suite 3505
7  Chicago, Illinois 60603
   Telephone: (312) 377-1181
8  Facsimile: (312) 229-8811
   Email: lcludwig@pomlaw.com
9  Email: jschneider@pomlaw.com

10
   *Co-Counsel for Co-Lead Plaintiffs*
11
   [Additional counsel on signature page]
12

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA

15 | CHRISTOPHER VATAJ, Individually and | Case No. 4:19-cv-06996-HSG
16 | on Behalf of All Others Similarly Situated, |
   |                                              | **STIPULATION AND [PROPOSED]**
17 |         Plaintiff,                          | **ORDER MODIFYING THE**
18 |                                              | **SCHEDULE ON DEFENDANTS'**
   |         v.                                   | **MOTION TO DISMISS**
19 |                                              |
20 | WILLIAM D. JOHNSON, JOHN R. SIMON,           | <u>CLASS ACTION</u>
21 | GEISHA WILLIAMS, and JASON P.                |
   | WELLS,                                       |
22 |                                              |
   |         Defendants.                          |
23

24

25      WHEREAS, on March 26, 2020, this Court, pursuant to the parties' stipulation, modified

26 the prior scheduling order and ordered that Co-Lead Plaintiffs' amended complaint would be due

27 on April 17, 2020; motions in response to the amended complaint would be due on May 15, 2020;

28

                                              1

responses to any such motions would be due on June 12, 2020; and replies in support of such motions would be due on July 3, 2020. (Dkt. N. 57).

WHEREAS, on April 17, 2020, Co-Lead Plaintiffs filed their amended complaint (Dkt. N. 58).

WHEREAS, on May 15, 2020, Defendants filed their motion to dismiss the amended complaint (Dkt. N. 59).

WHEREAS, the continued outbreak of COVID-19, as well as ongoing civil unrest across the United States, has impacted Co-Lead Plaintiffs' preparation of their response to Defendants' motion to dismiss and one (1) additional week is needed.

IT IS HEREBY STIPULATED, that subject to the Court's approval:

1. The deadline for Co-Lead Plaintiffs to file an opposition to any motions to dismiss Defendants file is continued from June 12, 2020 to June 19, 2020.

2. The deadline for Defendants to file a reply in support of any motions to dismiss is continued from July 3, 2020 to July 10, 2020.

Dated: June 8, 2020                    Respectfully submitted,

**POMERANTZ LLP**

/s/Louis C. Ludwig
Louis C. Ludwig
(*admitted pro hac vice*)
Jared Schneider
(*admitted pro hac vice*)

Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)

|   |   |   |
|---|---|---|
| 1 | | 600 Third Avenue, 20th Floor |
| 2 | | New York, NY 10016 |
|   | | Telephone: (212) 661-1100 |
| 3 | | Facsimile: (212) 661-8665 |
|   | | Email: jalieberman@pomlaw.com |
| 4 | | Email: ahood@pomlaw.com |
| 5 | | Jennifer Pafiti (SBN 282790) |
|   | | 1100 Glendon Avenue, 15th Floor |
| 6 | | Los Angeles, California 90024 |
| 7 | | Telephone: (310) 405-7190 |
|   | | Email: jpafiti@pomlaw.com |
| 8 | | |
| 9 | Dated: June 8, 2020 | **THE ROSEN LAW FIRM, P.A.** |
| 10 | | |
| 11 | | /s/Laurence M. Rosen |
|   | | Laurence M. Rosen  (SBN 219683) |
| 12 | | 355 South Grand Avenue, Suite 2450 |
|   | | Los Angeles, CA 90071 |
| 13 | | Telephone: (213) 785-2610 |
| 14 | | Facsimile: (213) 226-4684 |
|   | | Email: lrosen@rosenlegal.com |
| 15 | | |
| 16 | | Jonathan Horne (*pro hac vice*) |
|   | | 275 Madison Avenue, 40th Floor |
| 17 | | New York, NY 10016 |
| 18 | | Telephone: (212) 686-1060 |
|   | | Facsimile: (212) 202-3827 |
| 19 | | Email: jhorne@rosenlegal.com |
| 20 | | *Co-Counsel for Co-Lead Plaintiffs* |
| 21 | | |
| 22 | | **THE SCHALL LAW FIRM** |
|   | | Brian Schall |
| 23 | | Sherin Mahdavian |
|   | | Rina Restaino, Esq. |
| 24 | | 1880 Century Park East, Suite 404 |
| 25 | | Los Angeles, CA 90067 |
|   | | Telephone: (424) 303-1964 |
| 26 | | Email: brian@schallfirm.com |
|   | | sherin@schallfirm.com |
| 27 | | rina@schallfirm.com |
| 28 | | *Additional Counsel for Plaintiff Allustiarti* |

1  Dated: June 8, 2020                    **MCDERMOTT WILL & EMERY LLP**

2
                                          /s/Steven S. Scholes
3                                         Steven S. Scholes (*admitted pro hac vice*)
                                          444 West Lake Street, Suite 4000
4                                         Chicago, IL 60606
                                          Telephone: (312) 984-7762
5                                         Email: sscholes@mwe.com

6
                                          Michael A. Piazza (SBN 235881)
7                                         Gregory R. Jones (SBN 229858)
                                          Jason Strabo (SBN 246426)
8                                         2049 Century Park East, Suite 3200
                                          Los Angeles, CA 90067-3218
9                                         Telephone: (310) 277-4110
                                          Facsimile: (310) 277-4730
10                                        Email: PG&E@mwe.com

11

12

13                                        *     *     *

14

15

16                                        **ORDER**

17
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
18

19   DATED:   6/9/2020

20                                        _Haywood S. Gilliam Jr._
                                          HONORABLE HAYWOOD S. GILLIAM, JR.
21                                        UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS – 4:19-cv-06996-HSG