**THE ROSEN LAW FIRM, P.A**.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com

*Co-Counsel for Co-Lead Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>     Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**STIPULATED NOTICE OF ERRATA**<br><br><u>CLASS ACTION</u> |

WHEREAS, on April 17, 2020, Plaintiffs Robert Allustiarti, Iron Workers Local 580 Joint Funds, and Ironworkers Locals 40, 361 & 417 Union Security Funds ("Plaintiffs"), individually and on behalf of all others similarly situated, filed the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 58);

1

WHEREAS, due to a scrivener's error, the Class Period in the Amended Complaint begins on December 13, 2018;

WHEREAS, the Amended Complaint intended to begin the Class Period on December 10, 2018 ;

WHEREAS, Defendants have filed a motion to dismiss the Amended Complaint;

WHEREAS, Plaintiffs will oppose Defendants' motion to dismiss;

WHEREAS, the Parties agree that it would waste time and resources for Plaintiffs to file a [Corrected] Amended Complaint solely to correct the scrivener's error, and for Defendants to file a new motion to dismiss that [Corrected] Amended Complaint;

IT IS HEREBY STIPULATED, that subject to the Court's approval:

1.      Paragraph 1 of the Amended Complaint is corrected to read:

This is a securities class action brought on behalf of all persons and entities who purchased the common stock of PG&E Corp. on the NYSE between December 10, 2018, and October 28, 2019, both dates inclusive ("Class Period"), seeking remedies under Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934.[1]

2.      For purposes of Defendants' motion to dismiss, the Amended Complaint shall be treated as having alleged that the Class Period was December 10, 2018 through October 28, 2019, both dates inclusive.

Dated: June 18, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450

---

[1] The Class Period as to Defendant PG&E is limited to the period of January 30, 2019 through October 28, 2019, both dates inclusive.

Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com


Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com


Dated: June 18, 2020            **POMERANTZ LLP**

/s/Louis C. Ludwig
Louis C. Ludwig
(*admitted pro hac vice*)
Jared Schneider
(*admitted pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Co-Counsel for Co-Lead Plaintiffs*

3

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Allustiarti*


Dated: June 18, 2020                    **MCDERMOTT WILL & EMERY LLP**

/s/Steven S. Scholes
Steven S. Scholes (*admitted pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 984-7762
Email: sscholes@mwe.com

Michael A. Piazza (SBN 235881)
Gregory R. Jones (SBN 229858)
Jason Strabo (SBN 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: PG&E@mwe.com


*         *         *

4

## **LOCAL RULE 5-1 ATTESTATION**

I, Laurence M. Rosen, am the ECF User whose ID and password are being used to file this STIPULATED NOTICE OF ERRATA. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document, Louis C. Ludwig and Steven S. Scholes, concurred in the filing of this document.

Dated: June 18, 2020                                          /s/Laurence M. Rosen
                                                                            Laurence M. Rosen

STIPULATED NOTICE OF ERRATA – 4:19-cv-06996-HSG

## **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen hereby declare under penalty of perjury as follows:

I am a partner at The Rosen Law Firm, P.A.. I am over the age of eighteen.

On June 18, 2020, I electronically filed the foregoing STIPULATED NOTICE OF ERRATA using the CM/ECF system which sent notification of such filing to all counsel of record.

Executed on June 18, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

6

STIPULATED NOTICE OF ERRATA – 4:19-cv-06996-HSG