# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**DECLARATION OF LOUIS C. LUDWIG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**Date:** August 20, 2020<br>**Time:** 2:00 p.m.<br>Oakland Courthouse<br>**Dept.:** Courtroom 2 (4th Floor)<br>**Judge:** Hon. Haywood S. Gilliam, Jr. |

I, Louis C. Ludwig, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Of Counsel at the law firm of Pomerantz LLP, appointed by the Court as Co-Lead Counsel in this action. I am personally involved in the representation of Co-Lead Plaintiffs Robert Allustiarti, Iron Workers Local 580 Joint Funds, Ironworkers Locals 40, 361 & 417 Union Security Funds, and the putative class, and submit this declaration in further opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 60). I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of PG&E's 2019 Wildfire Mitigation Plan.

3. Attached hereto as Exhibit 2 is a true and correct copy of plaintiffs' amended complaint in the matter of *In re Aqua Metals, Inc. Sec. Litig.*, No. 17-CV-07142-HSG (N.D. Cal.), filed electronically on July 20, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of PG&E's December 10, 2018 press release entitled, "PG&E Announces Enhanced Wildfire Prevention and Safety Efforts Including Expanded Inspections; Additional Support for Camp Fire Victims and Their Families".

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June, 2020, in Chicago, Illinois.

/s/ Louis C. Ludwig

2

Declaration of Louis C. Ludwig
Case No. 4:19-cv-06996-HSG