McDERMOTT WILL & EMERY LLP
STEVEN S. SCHOLES (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700

MICHAEL A. PIAZZA (State Bar No. 235881)
GREGORY R. JONES (State Bar No. 229858)
JASON D. STRABO (State Bar No. 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730
Email: PG&E@mwe.com

Attorneys for Individual Defendants
WILLIAM JOHNSON, GEISHA WILLIAMS,
and SUMEET SINGH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER VATAJ,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | CASE NO. 4:19-cv-06996-HSG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

## STIPULATION

Pursuant to Civil Local Rule 6-2, counsel for the parties hereby stipulate to continue the telephonic hearing on the individual defendants' motion to dismiss the amended class action complaint (ECF No. 59) from August 20, 2020 at 2:00 p.m. to **October 1, 2020** at 2:00 p.m. This is the first continuance of the motion to dismiss hearing, and it does not impact the case schedule because a scheduling order has not yet been entered by the Court.

Dated: August 14, 2020          McDERMOTT WILL & EMERY LLP

By:   */s/ Gregory R. Jones*
    GREGORY R. JONES
    Attorneys for Individual Defendants
    WILLIAM JOHNSON, GEISHA
    WILLIAMS, and SUMEET SINGH

*\*Under Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other Signatories*

Dated: August 14, 2020          THE ROSEN LAW FIRM, P.A.

By:   */s/ Jonathan Horne*
    JONATHAN HORNE
    Co-Counsel for Co-Lead Plaintiffs

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/17/2020          _____
    UNITED STATES DISTRICT COURT JUDGE