1  McDERMOTT WILL & EMERY LLP
   STEVEN S. SCHOLES (admitted *pro hac vice*)
2  444 West Lake Street
   Chicago, IL 60606-0029
3  Telephone:    +1 312 372 2000
   Facsimile:    +1 312 984 7700
4
   MICHAEL A. PIAZZA (State Bar No. 235881)
5  GREGORY R. JONES (State Bar No. 229858)
   JASON D. STRABO (State Bar No. 246426)
6  2049 Century Park East, Suite 3200
   Los Angeles, CA 90067-3218
7  Telephone:    +1 310 277 4110
   Facsimile:    +1 310 277 4730
8  Email:        PG&E@mwe.com

9  Attorneys for Individual Defendants
   WILLIAM JOHNSON, GEISHA WILLIAMS,
10 and SUMEET SINGH

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER VATAJ, | CASE NO. 4:19-cv-06996-HSG |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |
| v. | |
| WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, | |
| Defendants. | |

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing a written Settlement Agreement (the "Agreement"). The parties intend to finalize the Agreement as expeditiously as possible, and that Plaintiffs will file papers seeking approval of the parties' settlement as soon as practicable thereafter.

Dated: October 29, 2020

McDERMOTT WILL & EMERY LLP

By: */s/ Steven S. Scholes*
STEVEN S. SCHOLES
Attorneys for Individual Defendants
WILLIAM JOHNSON, GEISHA WILLIAMS, and SUMEET SINGH

*\*Under Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.*

Dated: October 29, 2020

THE ROSEN LAW FIRM, P.A.

By: */s/ Jonathan Horne*
JONATHAN HORNE
Co-Counsel for Co-Lead Plaintiffs

JOINT NOTICE OF SETTLEMENT
IN PRINCIPLE
(4:19-CV-06996-HSG)