# Exhibit A-4

Vataj v. Johnson, et al.
c/o A.B. Data, Ltd.
P.O. Box 173052
Milwaukee, WI 53217

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities*
*Class Action Settlement*

*You may be entitled to a payment.*
*This Notice may affect your legal*
*rights.*

*Please read it carefully.*

Case No. 4:19-cv-06996 (N.D.Cal.)

Case Pending in the United States District Court for the
Northern District of California

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*In re PG&E Johnson Securities Litigation, No. 4:19-cv-06996-HSG (N.D. Cal.)*

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.PGESECURITIESSETTLEMENT.COM OR CALL 1-877-933-2882 FOR MORE INFORMATION.*

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California, that a hearing will be held on _____, 2021 at .m., before the Hon. Haywood S. Gilliam Jr., Oakland Courthouse, Courtroom 2 – 4th Floor, 1301 Clay Street, Oakland, CA 94612. At this hearing, the Court will consider (i) whether the Settlement of the Settlement Class's claims against the Defendants for $10,000,000 is fair, reasonable, and adequate, and should be approved by the Court; (ii) whether the Order and Final Judgment as provided under the Stipulation should be entered, dismissing the Complaint on the merits and with prejudice, and to determine whether the release by the Settlement Class of the Released Persons as set forth in the Stipulation, should be ordered; (iii) whether the proposed Plan of Allocation for the distribution of the Net Settlement Fund is fair and reasonable and should be approved by the Court; (iv) the application of Lead Counsel for an award of Attorneys' Fees and Expenses of no more than 25% of the Settlement Fund, reimbursement of expenses of no more than $100,000, and Awards to Plaintiffs of no more than $5,000 each, or $15,000 in total; (v) Settlement Class Members' objections to the Settlement, whether submitted previously in writing or presented orally at the Settlement Hearing by Settlement Class Members (or by counsel on their behalf); and (vi) such other matters as the Court may deem appropriate.

If you purchased or otherwise acquired PG&E common stock trading between December 13, 2018 and October 28, 2019 (the "Class Period"), your rights may be affected by this Action and the Settlement thereof. The detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and Proof of Claim and Release form are available for download at www.pgesecuritiessettlement.com or by contacting the Claims Administrator, by mail at: PG&E Securities Settlement Administrator, c/o A.B. Data, Ltd., P.O Box 173052, Milwaukee, WI 53217; by telephone at 877-933-2882; by e-mail at info@pgesecuritiessettlement.com.

If you are a member of the Settlement Class and wish to share in the Settlement money, you must submit a Proof of Claim no later than _____, **2021** establishing that you are entitled to recovery. As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the Notice, by no later than _____, **2021**. Any objections to the Settlement, Plan of Allocation or attorney's fees and expenses must be filed, in accordance with the procedures set forth in the Notice, no later than ____, **2021**.

Inquiries, other than requests for the Notice, may be made to Lead Counsel for the Settlement Class: Louis C. Ludwig, Pomerantz LLP, 10 South La Salle Street, Ste. 3505, Chicago, IL 60603, Telephone: 312-377-1181 or Jonathan Horne, the Rosen Law Firm, P.A., 275 Madison Avenue, 40th Floor, New York, NY 10016, Telephone: 212-686-1060.