Louis C. Ludwig (*admitted pro hac vice*)
Jennifer Pafiti (SBN 282790)
**POMERANTS LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: lcludwig@pomlaw.com
          jpafiti@pomlaw.com

-and-

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*
*and the proposed Settlement Class*

*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:   March 11, 2021<br>Time:            2:00 p.m.<br>Location:        Courtroom 2 – 4th Floor<br>Judge:           Hon. Haywood S. Gilliam Jr. |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2021, at 2:00 p.m., or as soon thereafter as the matter may be heard, Co-Lead Plaintiffs Ironworkers Local 580 Joint Funds and Ironworkers Locals 40, 361 & 417 Union Security Funds and Robert Allustiarti ("Plaintiffs") will and hereby move the Honorable Haywood S. Gilliam, Jr., District Judge, located in Courtroom 2, 4th Floor, or by videoconference or telephonic conference, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") submitted herewith, which: (i) grants preliminary approval of the proposed class action settlement on the terms set forth in the Stipulation and Agreement of Settlement and exhibits thereto, dated as of February 16, 2021 (the "Stipulation");[1] (ii) preliminarily certifies the Settlement Class, appoints Plaintiffs as class representatives of the Settlement Class, and appoints Co-Lead Counsel as class counsel for the Settlement Class; (iii) approves the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (iv) sets a hearing date to determine whether the proposed Settlement, proposed Plan of Allocation, and Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, should be approved.

In support of this Motion, Plaintiffs submit an attached memorandum; the Joint Declaration of Louis C. Ludwig and Jonathan Horne ("Joint Decl."), and exhibits thereto, including the Stipulation and further exhibits thereto; all prior pleadings and papers in this Action; and such additional information or argument as may be required by the Court.

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation. A copy of the Stipulation together with its exhibits has been filed as Docket No. 81. Unless otherwise noted, all citations herein to "¶__" and "Ex." refer, respectively, to paragraphs in, and exhibits to, the Declaration of Louis C. Ludwig and Jonathan Horne in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

1

Dated: February 19, 2021                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Louis C. Ludwig*_____
Patrick V. Dahlstrom
Louis C. Ludwig
 (*admitted pro hac vice*)
 Jared Schneider
 (*admitted pro hac vice*)

 Ten South LaSalle Street, Suite 3505
 Chicago, Illinois 60603
 Telephone: (312) 377-1181
 Facsimile: (312) 229-8811
 Email: lcludwig@pomlaw.com
 Email: jschneider@pomlaw.com

 Jeremy A. Lieberman
 (*admitted pro hac vice*)
 J. Alexander Hood II
 (*admitted pro hac vice*)
 600 Third Avenue, 20th Floor
 New York, NY 10016
 Telephone: (212) 661-1100
 Facsimile: (212) 661-8665
 Email: jalieberman@pomlaw.com
 Email: ahood@pomlaw.com

 Jennifer Pafiti (SBN 282790)
 1100 Glendon Avenue, 15th Floor
 Los Angeles, California 90024
 Telephone: (310) 405-7190
 Email: jpafiti@pomlaw.com

 **THE ROSEN LAW FIRM, P.A.**
 */s/Laurence M. Rosen*
 Laurence M. Rosen (SBN 219683)
 355 South Grand Avenue, Suite 2450
 Los Angeles, CA 90071
 Telephone: (213) 785-2610
 Facsimile: (213) 226-4684
 Email: lrosen@rosenlegal.com

 Jonathan Horne (*pro hac vice*)
 275 Madison Avenue, 40th Floor

New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com

*Co-Counsel for Co-Lead Plaintiffs*

**THE SCHALL LAW FIRM**
Brian Schall
Sherin Mahdavian
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Allustiarti*

**LOCAL RULE 5-1 ATTESTATION**

I, Laurence M. Rosen, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document, Louis C. Ludwig, concurred in the filing of this document.

Dated: February 19, 2021          */s/Laurence M. Rosen*
                                  Laurence M. Rosen