UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,

Defendants.

Case No. 4:19-cv-06996-HSG

**PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Hon. Haywood S. Gilliam Jr.

CLASS ACTION

Plaintiffs have filed a motion for preliminary approval of a proposed class action settlement ("Settlement") which would dispose of this action ("Motion"). The deadline to oppose the Motion was March 2, 2021. While no objections were filed, the Parties to this action discussed the scope of the release with counsel for the lead plaintiff in the securities class action styled *In re PG&E Corp. Sec. Litig.*, No. 18-cv-03509 (N.D. Cal.) ("*PERA* Action"). *PERA* is a securities class action brought on behalf of a class of investors who purchased PG&E securities in a class period which ends prior to the beginning of the Class Period in this action. As a result of these discussions, the Parties agreed to amend the Settlement's definition of Released Claims ("Release") to remove a potential ambiguity so as to make it even clearer that only claims pertaining to purchases of PG&E common stock during the Class Period alleged in this action are released.

> The amended Release now provides, with changes marked:
>
> "Released Claims" means any and all claims, including Unknown Claims, damages, actions, obligations, attorneys' fees, indemnities, subrogations, duties, demands, controversies, and liabilities of every nature, at law or in equity (including, without limitation, claims under federal and state securities laws, and at common law), suspected or unsuspected, accrued or unaccrued, matured or unmatured, whether arising out of or relating to the period prior to or after the date of the Initial Complaint, that have been, could have been, or in the future might be asserted in any court, tribunal, or proceeding, by any Releasing Persons in their capacity as a shareholder of PG&E, arising out of or relating to, or in connection with both: (a) the facts, circumstances, allegations, misrepresentations, and/or omissions that were or could have been alleged in the Initial Complaint, the Complaint, or the Action; and/or (b) investments by any Settlement Class Member in PG&E common stock, including the purchase, acquisition, sale, disposition or holding of PG&E common stock, during the Class Period.

> With this change, the *PERA* lead plaintiff does not oppose the Motion.

Amended versions of the Stipulation of Settlement, the [Proposed] Orders Preliminarily and Finally Approving the Settlement, and the Internet Notice, are filed herewith. The only amendment made to these documents is to insert the amended Release.

**CONCLUSION**[1]

---

[1] The conclusion of Plaintiffs' opening Memorandum of Points and Authorities in Support of Preliminary Approval of Settlement incorrectly referred to a "partial" settlement. As set out in the remainder of that Memorandum, the proposed Settlement would resolve this action in its entirety.

PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 4:19-cv-06996-HSG

1

The Court should enter the Proposed Order Preliminarily approving the settlement and providing for notice, which will: (i) preliminarily approve the Settlement; (ii) certify the Class for settlement purposes; (iii) approve the form and manner of giving notice of the Settlement to the Settlement Class; and (iv) set a Final Approval Hearing date and time to consider final approval of the Settlement and related matters and establish a schedule for various deadlines in connection with the Settlement.

Dated: March 9, 2021                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Louis C. Ludwig
(*admitted pro hac vice*)
Jared Schneider
(*admitted pro hac vice*)

Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)

PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 4:19-cv-06996-HSG

2

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Co-Counsel for Co-Lead Plaintiffs*

**THE SCHALL LAW FIRM**
Brian Schall
Sherin Mahdavian
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Allustiarti*

PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 4:19-cv-06996-HSG

3