UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-06996-HSG |
| Plaintiff, | **DECLARATION OF LOUIS C. LUDWIG** |
| v. | Hon. Haywood S. Gilliam Jr. |
| WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, | CLASS ACTION |
| Defendants. | |

I, Louis C. Ludwig, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney at the law firm of Pomerantz LLP, appointed by the Court as Co-Lead Counsel in this action.  I am personally involved in the representation of Lead Plaintiffs and the Class. I have personal knowledge of the matters set forth herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Eric Schachter.

3.  Attached hereto as Exhibit 2 is a true and correct copy of "Validation of Aggregate Damage Estimates in Securities Class Actions" (Feb. 26, 2021) by Narinder Walia and Adam Werner.

4.  Attached hereto as Exhibit 3 (but filed under seal per the Court's instructions at the March 11, 2021 Preliminary Approval Hearing) is a true and correct copy of the parties' Supplemental Agreement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of March 2021, in Chicago, IL.

/s/ Louis C. Ludwig