UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>  Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Haywood S. Gilliam Jr.<br><br><u>CLASS ACTION</u> |

Compelling reason having been shown, IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to File Under Seal is GRANTED as follows:

| Document | Portion to be Filed Under Seal | File Under Seal |
|---|---|---|
| Exhibit B to the Horne Declaration | Reference to the threshold number of requests for exclusion where, if reached, Defendants may terminate the settlement. | Granted. |

Dated this 7th day of May, 2021

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

1