**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Louis C. Ludwig (admitted *pro hac vice*)
Jared Schneider (admitted *pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

*Co-Counsel for Co-Lead Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, <br><br> Defendants. | Case No. 4:19-cv-06996-HSG <br><br> **[REVISED] STIPULATION AND ORDER ON SCHEDULE OF EVENTS RELATED TO CLASS ACTION SETTLEMENT** |

WHEREAS, on April 20, 2021, this Court granted Plaintiffs' motion for preliminary approval of class action settlement. *See* Dkt. No. 107 (the "Order") at 19.

1

WHEREAS, the Court, in the Order, directed the parties to meet and confer and stipulate to a schedule of dates for an enumerated list of events related to the parties' settlement within seven days of the Order's entry. *See id.* at 19-20.

WHEREAS, on April 27, 2021, the parties submitted the proposed stipulation as directed in the Order. *See* Dkt. No. 108.

WHEREAS, on April 29, 2021, the Court directed the parties to submit, by May 5, 2021, a revised schedule of dates including (1) a filing deadline for the motions for attorneys' fees and incentive payments; (2) a deadline for Class Members to opt-out or object to the settlement and the motions for attorneys' fees and costs and incentive payment, which is at least 45 days after the filing of the motions for attorneys' fees and incentive payments; and (3) a final fairness hearing and hearing on motions set for the Court's civil law & motion calendar on a Thursday at 2:00 p.m. on or after September 16, 2021. *See* Dkt. No. 109.

IT IS HEREBY STIPULATED, therefore, that the following [revised] schedule be entered, subject to the Court's approval:

| Item/Action | Date | Note |
|---|---|---|
| Notice Order | 4/20/2021 | |
| Class List Due Date | 5/4/2021 | 14 calendar days from Order |
| Notice Mailing | 5/18/2021 | 28 calendar days from Order |
| Publication | 5/28/2021 | 10 calendar days from Initial Notice Mailing |
| | | |
| Opening Final Approval Brief | 7/12/2021 | 66 days before Fairness Hearing |
| Opening Brief for Attorneys' Fees, Reimbursement of Expenses, and Incentive Payments to Class Representatives | 7/12/2021 | 66 days before Fairness Hearing |

| | | |
|---|---|---|
| Claim Filing Deadline | 7/19/2021 | 62 calendar days from Initial Notice Mailing |
| Exclusion Deadline | 8/26/2021 | 21 days before Fairness Hearing; 45 days from filing of motions in support of final approval and fees |
| Objection Deadline | 08/26/2021 | 21 days before Fairness Hearing; 45 days from filing of motions in support of final approval and fees |
| Reply re: Final Approval Brief | 09/02/2021 | 14 days before Fairness Hearing |
| Reply re: Brief for Attorneys' Fees, Reimbursement of Expenses, and Incentive Payments to Class Representatives | 9/02/2021 | 14 days before Fairness Hearing |
| Fairness Hearing | 9/16/2021, at 2:00 PM | |

Dated: May 5, 2021                     Respectfully submitted,

**POMERANTZ LLP**

/s/Louis C. Ludwig
Louis C. Ludwig
(*admitted pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Dated: May 5, 2021                     **THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen  (SBN 219683)
355 South Grand Avenue, Suite 2450

Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com


Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com

*Co-Counsel for Co-Lead Plaintiffs*


**THE SCHALL LAW FIRM**

Brian Schall
Sherin Mahdavian
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Allustiarti*


Dated: May 5, 2021          **MCDERMOTT WILL & EMERY LLP**

/s/Jason Strabo
Michael A. Piazza (SBN 235881)
Gregory R. Jones (SBN 229858)
Jason Strabo (SBN 246426)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: PG&E@mwe.com


\*       \*       \*


4

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   May 7, 2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

5

## LOCAL RULE 5-1 ATTESTATION

I, Louis C. Ludwig, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE ON DEFENDANTS' MOTION TO DISMISS. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document, Jason Strabo, concurred in the filing of this document.

Dated: May 5, 2021                                      /s/Louis C. Ludwig
                                                        Louis C. Ludwig