UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:19-cv-06996-HSG |
| Plaintiff, | Hon. Haywood S. Gilliam Jr. |
| v. | CLASS ACTION |
| WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, | |
| Defendants. | |

**JOINT DECLARATION OF JONATHAN HORNE AND LOUIS C. LUDWIG IN SUPPORT OF MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

We, Jonathan Horne and Louis C. Ludwig hereby declare as follows:

1.      We are Partner and Of Counsel, respectively, at the law firms of The Rosen Law Firm, P.A. ("Rosen") and Pomerantz LLP ("Pomerantz"), and Class Counsel in the above-captioned litigation (the "Action").  We submit this Declaration in support of final approval of the Settlement[1] of the Action between Lead Plaintiffs Ironworkers Local 580 Joint Funds, Ironworkers Locals 40, 361 & 417 Union Security Funds and Robert Allustiarti ("Class Plaintiffs") individually and on behalf of the Settlement Class (collectively, "Plaintiffs"), and William D. Johnson, Geisha Williams, and Sumeet Singh ("Complaint's Individual Defendants"), as well as PG&E Corporation (Class Plaintiffs and Defendants are referred to herein as the "Parties").

2.      Class Counsel, in consultation with the Class Plaintiffs, has personally directed every aspect of the prosecution and resolution of this Action on behalf of the Class.

3.      We have personal knowledge of various matters set forth herein based on day–to-day participation in the prosecution and settlement of this Action, and, if called as witnesses, could and would testify completely thereto.  Additionally, as the primary partners associated with this matter, we have learned about, and have a detailed understanding of, the efforts of other attorneys who have worked on the Action.  Additional matters are attested to, via exhibit, by the Court-approved Claims Administrator in this case, A.B. Data.

4.      Annexed hereto as Exhibit 1 is a true and correct copy of the Declaration of Eric A. Nordskog, a representative of the Claims Administrator.

5.      Annexed hereto as Exhibit 2 is the Declaration of Laurence M. Rosen. of the Rosen Law Firm, P.A. Concerning Attorneys' Fees and Expenses.

6.      Annexed hereto as Exhibit 3 is the Declaration of Louis C. Ludwig of Pomerantz LLP Concerning Attorneys' Fees and Expenses.

---

[1] Unless otherwise defined, capitalized terms herein have the same meaning as set forth in the Stipulation of Settlement (the "Stipulation").

1

Joint Declaration In Support of Order Granting Final Approval 4:19-cv-06996-HSG

7.    Annexed hereto as Exhibit 4 is the Declaration of Robert Allustiarti.

Pursuant to Title 28, United States Code, Section 1746, we declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed in New York, New York and Chicago, Illinois on this 12th day of July, 2021.

/s/ Jonathan Horne

Jonathan Horne

-and-

/s/ Louis C. Ludwig

Louis C. Ludwig

Joint Declaration In Support of Order Granting Final Approval 4:19-cv-06996-HSG