# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 19-CV-06996-HSG<br><br>**STIPULATION AND AGREEMENT CLARIFYING SCOPE OF RELEASE**<br><br><br><br>Hon. Haywood S. Gilliam Jr.<br><br><u>CLASS ACTION</u> |

This Stipulation is entered into among Co-Lead Plaintiffs Ironworkers Local 580 Joint Funds and Ironworkers Locals 40, 361 & 417 Union Security Funds and Robert Allustiarti ( "Plaintiffs");[1] and William D. Johnson, John R. Simon, Geisha Williams, Jason P. Wells, Sumeet Singh, and PG&E Corporation ( "Defendants", and with Plaintiffs, the "Parties").

WHEREAS, the Settlement Agreement defines "Released Claims" as "any and all claims, including Unknown Claims, damages, actions obligations, attorneys' fees, indemnities, subrogations, duties, demands, controversies, and liabilities of every nature, at law or in equity (including, without limitation, claims under federal and state securities laws, and at common law), suspected or unsuspected, accrued or unaccrued, matured or unmatured, whether arising out of or relating to the period prior to or after the date of the Initial Complaint that any Releasing Persons in their capacity as a shareholder of PG&E (a) asserted in the Initial Complaint, the Complaint, or the Action; or (b) could have been asserted in any forum that arise out of, are based upon, or are related in any way directly or indirectly, in whole or in part, to the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Initial Complaint, the Complaint, or the Action and that relate to the purchase, acquisition, sale, disposition or holding of PG&E common stock during the Class Period." Dkt. No. 98 ¶A.42; and

WHEREAS, Defendants expressly deny that they have made any misrepresentations or omitted any statements necessary to make their statements not misleading in any action brought against them which alleges that they made false statements to investors, including but not limited to this Action and *In re PG&E Corporation Securities Litigation*, Case No. 5:18-cv-03509-EJD (N.D. Cal.);

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:

---

[1] All capitalized words and terms that are not otherwise defined in text shall have the meaning ascribed in the *Settlement Agreement,* Dkt. Nos. 88 & 98 and *Order Granting Motion for Preliminary Approval,* Dkt. No. 107.

1. For the avoidance of doubt, claims that "relate to the . . . holding of PG&E common stock during the Class Period" are those in which a Releasing Person purchased PG&E common stock prior to the Class Period but claims, alleges, or otherwise contends that it or they were induced to hold the PG&E common stock due to alleged misrepresentations and/or omissions made during the Class Period. Nothing in the Settlement Agreement, including but not limited to the Release contained therein, releases, dismisses, or in any way impairs any claims arising from the purchase or acquisition of PG&E securities before the Settlement Class Period based on alleged misrepresentations and/or omissions made before the alleged Settlement Class Period.

**PG&E Corporation**                                    July 13, 2021

/s/ Gavin M. Masuda
_____          _____
By:  James E. Brandt / Michael J. Reiss / Gavin M.        Date
Masuda

LATHAM & WATKINS LLP

Counsel for PG&E

**Individual Defendants**                               July 13, 2021

/s/ Jason D. Strabo
_____          _____
By:  Steven S. Scholes / Jason D. Strabo               Date

MCDERMOTT WILL & EMERY LLP
Counsel for the Individual Defendants

**Co-Lead Plaintiffs**

                                                       July 13, 2021
/s/ Jonathan Horne
_____          _____
By: Jonathan Horne                                      Date

THE ROSEN LAW FIRM
Counsel for Co-Lead Plaintiffs

 **Co-Lead Plaintiffs**                                 July 13, 2021

/s/ Louis C. Ludwig
_____          _____
By: Louis C. Ludwig                                     Date

POMERANTZ LLP
Counsel for Co-Lead Plaintiffs

4