UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>        Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**DECLARATION OF JONATHAN HORNE IN FURTHER SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND ASSOCIATED RELIEF**<br><br>Hon. Haywood S. Gilliam Jr.<br><br><u>CLASS ACTION</u> |

1

DECLARATION OF JONATHAN HORNE IN FURTHER SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND ASSOCIATED RELIEF – Case No. 4:19-cv-06996-HSG

I, Jonathan Horne, declare as follows:

1.      I am a partner of The Rosen Law Firm, P.A., Co-Lead Counsel for Lead Plaintiffs in this Action.

2.      On or about July 26, 2021, I called the number listed on the claim forms filed by the signatories to the Chan letter docketed at #123. When a caller from that number returned my call and confirmed he spoke concerning the Chan family's claim, I explained that Lead Counsel will ask the Court to accept untimely claims, as is its practice, and that courts typically grant such requests.

3.      On or about August 31, 2021, I called Michael Jesse at the number listed on his form. When he returned my call, he told me that he did not know whether he had purchased PG&E securities during the Settlement Class Period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2021.


/s/*Jonathan Horne*
Jonathan Horne

2

DECLARATION OF JONATHAN HORNE IN FURTHER SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND ASSOCIATED RELIEF – Case No. 4:19-cv-06996-HSG