**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>     Defendants. | Case No. 4:19-cv-06996-HSG |

**SUPPLEMENTAL DECLARATION OF ERIC A. NORDSKOG REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Eric A. Nordskog, declare as follows:

1.     I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  The Court's April 20, 2021, Order Granting Motion for Preliminary Approval, (the "Preliminary Approval Order"), appointed A.B. Data as Claims Administrator for the Settlement in the above-captioned action.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this Declaration to supplement the Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (the "Initial Mailing Declaration"), dated July 12, 2021, which was previously filed with the Court.

## UPDATE ON MAILING OF THE NOTICE AND PROOF OF CLAIM FORM

3.    As more fully stated in my Initial Mailing Declaration, as of July 12, 2021, A.B. Data had mailed a total of 218,504 copies of the Postcard Notice to potential Settlement Class Members and nominees. Since my Initial Mailing Declaration was executed, and as of the date of this Declaration, A.B. Data has mailed an additional 7,826 Postcard Notices at the request of three nominees (Axos Clearing LLC ("Axos"), Broadridge Financial Solutions, Inc. ("Broadridge"), and Pacific Premier Trust ("Pacific")) who submitted untimely requests to have the Postcard Notice mailed to their lists of potential Settlement Class Members.

4.    Specifically, on July 9, 2021, Axos requested A.B. Data mail the Postcard Notice to 110 of its clients, which A.B. Data did on July 13, 2021. Then, on July 21, 2021, Broadridge and Pacific requested that A.B. Data mail the Postcard Notice to 7,716 of their clients, which A.B. Data did on July 29, 2021. Since Broadridge and Pacific provided the lists of names after the claims filing deadline, A.B. Data included a letter with the Postcard Notice that explained that although the Postcard Notice was mailed after the claims filing deadline, any potential Settlement Class Member who "wish[ed] to be eligible to participate in the Settlement" should "submit a valid Claim Form" and that "A.B. Data, Ltd. is continuing to accept and process claims, which Lead Counsel will submit to the Court, and recommend for approval, provided that they do not materially delay distribution of the Settlement."

5.    Therefore, as of the date of this Declaration, A.B. Data has disseminated a total of 226,330 copies of the Postcard Notice directly to potential Settlement Class Members.

## UPDATE ON TELEPHONE HOTLINE AND WEBSITE

6.    On or about May 18, 2021, A.B. Data established a case-specific toll-free phone number, 877-933-2882, with an Interactive Voice Response system and live operators.    An automated attendant answers all calls initially and presents callers with a series of choices to

respond to basic questions. If callers need further help, they may speak to an operator during business hours. If an operator is not available or if a call is placed after hours, the caller is instructed to leave a voicemail message. A.B. Data promptly returns calls to callers who leave a voicemail message. Because A.B. Data strives to place each call with an operator when received, callers never have to endure long waits to speak to an operator.

7.      On the morning of July 7, 2021, A.B. Data experienced higher than normal volume to its call center. The increased call volume resulted from large notice mailings A.B. Data had performed, mostly for other cases, in the prior weeks.  A.B. Data's operators are each trained to answer calls on some, but not all, of the cases the firm administers. Because of the additional volume in other cases, A.B. Data operators trained to answer calls concerning the PG&E case were instead answering calls on other cases. As a result, for a brief period of time, callers were directed straight to voicemail during business hours. Upon learning that callers were not getting through to operators, A.B. Data trained approximately 50% more operators to answer PG&E calls. By the afternoon of July 7, 2021, callers were again able to speak to an operator. A.B. Data promptly responded to all voicemail messages left during this period and has since continuously monitored queue resources to ensure that an adequate number of operators are trained to answer PG&E calls to ensure that callers can speak to an operator during business hours. .

8.    A.B.    Data    has    also    established    a    case-specific    website, www.PGESecuritiesSettlement.com, which provides general information regarding the Settlement and its current status, and downloadable copies of the Long Form Notice, Proof of Claim, and other Court documents, including the Settlement Agreement.

## CLAIMS

3

9. The Long Form Notice informed potential Settlement Class Members that claim forms are to be submitted either electronically or to *PG&E Corp. Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173052, Milwaukee, WI 53217 such that they are received on or before July 19, 2021. To date, A.B. Data has received approximately 24,083 claims. In the coming weeks, A.B. Data will continue to process and validate the submitted claims. Claimants whose claims are determined to be incomplete (for example, because of missing documentation) or invalid (for example, because they have no Recognized Loss) will be notified in writing and given an opportunity to perfect or supplement their claim or challenge A.B. Data's administrative determination concerning validity.

**UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

10. The Court's Preliminary Approval Order ordered, and the Postcard and Long Form Notices advised, that written requests for exclusion were to be mailed to *PG&E Corp. Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they were received no later than August 26, 2021. A.B. Data has been monitoring all mail delivered to the post office box. As of the date of this Declaration, A.B. Data has received three (3) purported requests for exclusion. After review, the exclusion request filed by Alice Allison was deemed invalid as the request indicated Ms. Allison had not purchased or acquired PG&E Corp. common stock during the Settlement Class Period and thus was not a Settlement Class Member. Purported Settlement Class Members Fu Sheng Wu and the Laurenson Family Trust purchased 200 and 13 PG&E shares during the Class Period, respectively. Though the Preliminary Approval Order required persons wishing to be excluded from the Settlement Class to provide documentation substantiating their transactions, none did. All three purported requests for exclusion are attached hereto as Exhibit A.

11.     The Court's Preliminary Approval Order ordered, and the Postcard and Long Form Notices advised, that objections to the Settlement, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application must be received by the Parties and filed with the Court no later than August 26, 2021.  Although Settlement Class Members were not required to send objections to A.B. Data, A.B. Data has not received any misdirected objections.

12.     A.B Data is aware of three letters sent to the Court by potential Settlement Class Members regarding the notice process. On July 14, 2021, Michael Jesse sent a letter to the Court concerning questions regarding the Postcard Notice. A.B. Data contacted Mr. Jesse by phone, and he reiterated that he believed the font on the Postcard Notice was too small (it was printed in 7-point New York Times font).  At Mr. Jesse's request, on July 18, 2021, A.B. Data shipped him copies of the more detailed 12-point font Long Form Notice and Claim Form. To date, Mr. Jesse has not submitted a Claim Form.

13.     On July 21, 2021, the Chan family sent a letter to the Court requesting acceptance of claims filed after the July 19, 2021 claim filing deadline. The Chan family had filed three claims on July 20, 2021.  The Chan family was advised that Claim Forms are still being accepted and processed, and that Lead Counsel will recommend acceptance of late but otherwise valid claims provided that they do not materially delay distribution of the Settlement. Members of the Chan Family filed claims on July 20, 2021.

14.     On July 29, 2021, Charles L. Dixon sent a letter to the Court indicating he received his Postcard Notice on July 21, 2021, which was after the claim filing deadline. On July 27, 2021, A.B. Data received a letter from Mr. Dixon providing his transactions in PG&E Corp. common stock during the Settlement Class Period and requesting a Claim form. On July 29, 2021, A.B.

Data mailed a Long Form Notice and Claim form to Mr. Dixon. To date, Mr. Dixon has not filed a Claim Form.

15.    The Chan family and Mr. Dixon were customers of Charles Schwab. Charles Schwab did not request that any notice be sent to its customers until June 29, 2021, when Charles Schwab provided 21,427 names and addresses. As a result, Postcard Notices were sent to potential Settlement Class Members identified by Charles Schwab on July 9, 2021, seven (7) business days after Charles Schwab's request, because of the time necessary to process the request and prepare the mailings. A.B. Data

16.    A.B. Data received several inquiries from Settlement Class Members requesting clarification after receiving late notice. A.B. Data explained claims submitted after the filing deadline would be presented to the Court, but ultimately it would be the Court's decision on whether these late claims were accepted.  In consultation with Lead Counsel, A.B. Data revised its response to represent that Lead Counsel *will* ask the Court to approve untimely claims that do not delay distribution of the settlement and that courts almost always grant such requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September 2021.

_____
ERIC A. NORDSKOG

6

# EXHIBIT A

*Christopher Vataj v. William D. Johnson, et al.*, **Case No. 4:19-cv-06996-HSG**

**Exclusion Report**

| Exclusion Number | Name | Received Date | City | State | Country |
|---|---|---|---|---|---|
| 1 | Laurenson Family Trust Dated January 23, 2010 - Robert and Florence Laurenson Trustees | 7/12/2021 | Mercer Island | WA | USA |
| 2 | Alice A. Allison | 7/19/2021 | Brentwood | CA | USA |
| 3 | Fu Sheng Wu | 9/1/2021 | Belmont | MA | USA |

Exclusion #1
Date Received: July 12, 2021

Date: July 9, 2021

Name:  Robert & Florence Laurenson, Trustees of the Laurenson Family Trust, dated Jan. 23, 2010

Address: ███████████████████

Telephone: ██████████

Number of shares of PG&E common stock acquired during the Class Period:  13 (purchased Dec. 26, 2018 @ $22.83870 per share and sold Jan. 24, 2019 @ $8.03140 per share)

To Whom it May Concern:

We would like to be excluded as a Settlement Class Member from *Christopher Vataj v. William D. Johnson*, et al., Case No. 4:19-cv-06996-HSG.

Regards,

*Robert Laurenson*

Robert Laurenson

aurenson

9 JUL 2021   PM 4  L



Chopper FOREVER USA

PG&E Corp. Securities Litigation
ATTN: EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

Exclusion #2
Received Date: July 19, 2021

Alice Allison

████████████████████

July 16, 2021

PG&E Corp. Securities Litigation
Attn: Exclusions
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

Dear Sir,

I am writing to notify you that I want to be excluded ('Opt-Out') as a Settlement Class Member from *Christopher Vataj v. William D. Johnson, et al.*, Case No. 4:19-cv-06996-HSG.  My name is Alice A. Allison and I reside at 810 Atherton Boulevard, Brentwood, CA 94513.  My telephone number is (925) 550-2604.  During the Class Period between December 13, 2018 and October 28, 2019 inclusive I did not purchase or acquire any PG&E common stock.

Thank you for your assistance regarding this matter.

Sincerely yours,

*Alice A. Allison*

Alice A. Allison



A. ALLISON

U.S. POSTAGE PAID
FCM LETTER
94513
JUL 16, 21
AMOUNT
$7.00
R2305K131512-22

53217

1000

PG&E CORP. SECURITIES LITIGATION
ATTN: EXCLUSIONS
c/o A. B. DATA, LTD.
P.O. BOX 173001
MILWAUKEE
53217

Exclusion #3
Date Received: September 1, 2021

August 25, 2021
PG&E Securities Settlement
c/o A.B. Data, Ltd
Attn: EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

EXCUDE MYSELF FROM THE PG&E SECURITIES
SETTLEMENT

I want to be excluded from the class in the
following Litigation: In re PG&E, INC. et al
Case No. 4:19-CV-06996 (N.O.Cal.)

On December 13, 2018 I paid $1,590 for purchased
200 shares common stock PG&E, Inc

Fu Sheng Wu



Fu Sheng Wu

26 AUG 2021 PM 2 L

USA Forever

PGⱯE Securities Settlement
Attn: EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

53217-801201