UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**DECLARATION OF BRIAN J. SABBAGH IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AWARD TO LEAD PLAINTIFFS, AND RELATED RELIEF**<br><br>Hon. Haywood S. Gilliam Jr.<br><br>CLASS ACTION |

Brian J. Sabbagh, pursuant to 28 U.S.C. § 1746, declares:

1.      As the representative for Ironworkers Locals 40, 361 & 417 Union Security Funds, I am a court-appointed Lead Plaintiff in this action, alongside Iron Workers Local 580 Joint Funds and Robert Allustiarti. I submit this Declaration in support of Plaintiffs' Motions seeking Final Approval of the Settlement, an award of attorneys' fees, an award to lead plaintiffs, as well as other relief.

2.      I discharged my responsibilities as Lead Plaintiff conscientiously and reviewed any and all case filing sent to me by my counsel.

3.      I seek an award of $5,000 to compensate me for my time expended in leading this action. I believe such an award is fair.

4.      After consultation with counsel, I approved the Settlement of this case for $10,000,000. Having considered the strengths and weaknesses of the case in light of the risk and expense of continued litigation, I have concluded that the Settlement is fair, reasonable, and adequate.

5.      I understand that Lead Counsel will seek an award of attorneys' fees in an amount of 25% of the Settlement Amount. I support Lead Counsel's request for attorneys' fees.

6.      I also support Lead Counsel's request for reimbursement of out-of-pocket litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2021

_____
Brian J. Sabbagh    9/2/2021

1