## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG |

### DECLARATION OF ERIC A. NORDSKOG REGARDING: MAILING OF THE POSTCARD NOTICE AND DELIVERABILITY RATES

I, Eric A. Nordskog, declare as follows:

1.      I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. The Court's April 20, 2021, Order Granting Motion for Preliminary Approval, (the "Preliminary Approval Order"), appointed A.B. Data as Claims Administrator for the Settlement in the above-captioned action. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration as a follow up to the Supplemental Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (the "Supplemental Mailing Declaration"), dated September 2, 2021, which was previously filed with the Court.

### UPDATE ON MAILING OF THE NOTICE AND DELIVERABILITY RATES

3.      As more fully stated in my Supplemental Mailing Declaration, as of September 2, 2021, A.B. Data has mailed a total of 226,330 copies of the Postcard Notice to potential Settlement Class Members and nominees. As of the date of this declaration, a total of 3,481 mailings have been returned to A.B. Data as undeliverable.

4.      When a mailing is returned as undeliverable the document is reviewed to determine if a forwarding address has been provided by the U.S. Postal Service.  If a forwarding address is provided the mailing will be forwarded to the appropriate address and updated in A.B. Data's databases.  If no forwarding address is provided A.B. Data utilizes credit-bureaus and/or other public-source databases to perform address searches for the undeliverable mailings.  If a new address is found using these services, the notice will be remailed using the new address and the record updated in A.B. Data's databases.

5.      Of the 3,481 Postcard Notices which were returned as undeliverable, 312 have been remailed successfully and did not return as undeliverable a second time. Therefore, a total of 3,169 Postcard Notices remain in undeliverable status or approximately 1.4 percent of the of the total number of Postcard Notices mailed. In A.B. Data's experience of administrating similar cases a typical undeliverable rate is roughly 5 to 10 percent, so the 1.4 percent rate represents a better than average result.

6.      The undeliverable percentage is also mitigated by the fact that in some cases potential Settlement Class Members may have changed brokers leaving the original broker with an outdated address, but then received notice directly through the new broker or nominee. A.B. Data received requests from brokers and other nominees for 91,574 Postcard Notices, which the brokers and nominees mailed directly to their customers.  In A.B. Data's experience it also common for individuals to be made aware of the settlement via other means including access to the case specific website where the relevant notice documents are made available and through the publication of the Summary Notice.

Executed this 23rd day of September 2021.

_____
ERIC A. NORDSKOG