UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,

Defendants.

Case No. 4:19-cv-06996-HSG

**[PROPOSED] STIPULATED JUDGMENT**

WHEREAS, the Court issued an Order on November 5, 2021 finally approving the Settlement in the above-captioned action, including the Stipulation and Agreement of Settlement fully executed on March 9, 2021 (*see* ECF No. 98) ("Stipulation of Settlement"), as amended by Supplemental Brief filed March 18, 2021 (*see* ECF No. 103) and clarified by Stipulation and Agreement Clarifying Scope of Release filed July 13, 2021 (*see* ECF No. 120), and as further amended and consolidated by the Stipulation and Agreement of Settlement fully executed on October 29, 2021 (Dkt. No. 136-1), as fair, reasonable and adequate, and in the best interests of the Settlement Class (the "Order") (*see* ECF No. 137);

WHEREAS, the Order is fully incorporated by reference herein;

WHEREAS, the Order directed the Settling Parties directed to file a short stipulated final judgment of two pages or less within 21 days from the date of the Order;

WHEREAS, the Settling Parties agree to the entry of this Judgment; and

WHEREAS, the Settling Parties designate this Judgment as the "Order and Judgment" referred to in the Stipulation and Agreement of Settlement, and agree that entry of this Judgment shall satisfy the condition of effectiveness set forth in Section K.1.C of the Stipulation of Settlement;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The terms of the Settlement, including all releases provided therein, and of this Judgment shall be forever binding on Defendants, Plaintiffs and all other Settlement Class Members.

2.      Plaintiffs' action is dismissed with prejudice.

3.      The Court retains jurisdiction over the subject matter of the Action, Plaintiffs, all Settlement Class Members, and the Settling Defendants, as set forth more fully in Section M.12 of the Stipulation of Settlement.


SO ORDERED.

Dated: November ____, 2021

_____

Oakland, California

Honorable Haywood S. Gilliam Jr.
United States District Judge