UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS,<br><br>Defendants. | Case No. 4:19-cv-06996-HSG<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS**<br><br>Hon. Haywood S. Gilliam Jr.<br><br><u>CLASS ACTION</u> |

Co-Lead Plaintiffs Ironworkers Local 580 Joint Funds, Ironworkers Locals 40, 361 & 417 Union Security Funds and Robert Allustiarti ("Plaintiffs") respectfully submit this Notice of Non-Opposition to their Motion for Distribution of Class Settlement Funds. ECF No. 140.

The Motion for Distribution of Class Settlement Funds was filed on July 30, 2022. Thus, the deadline to oppose the motion was August 15, 2022. To date, no opposition has been filed. The Motion for Distribution of Class Settlement Funds is therefore unopposed. Accordingly, Plaintiffs respectfully request that the Court approve and enter the [Proposed] Order on Distribution of the Class Settlement Funds. ECF No. 140-2.

Dated: August 22, 2022                     Respectfully submitted,

**POMERANTZ LLP**

/s/ Louis C. Ludwig
Patrick V. Dahlstrom
Louis C. Ludwig
(*admitted pro hac vice*)
Jared Schneider
(*admitted pro hac vice*)

Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lcludwig@pomlaw.com
Email: jschneider@pomlaw.com

Jeremy A. Lieberman
(*admitted pro hac vice*)
J. Alexander Hood II
(*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor

1

Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com

*Co-Counsel for Co-Lead Plaintiffs*

**THE SCHALL LAW FIRM**
Brian Schall
Sherin Mahdavian
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
sherin@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Allustiarti*

2

## LOCAL RULE 5-1 ATTESTATION

I, Laurence M. Rosen, am the ECF User whose ID and password are being used to file this ADMINISTRATIVE MOTION TO FILE UNDER SEAL. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document, Louis C. Ludwig, concurred in the filing of this document.

Dated: August 22, 2022                    */s/ Laurence M. Rosen*
                                          Laurence M. Rosen