**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER VATAJ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM D. JOHNSON, JOHN R. SIMON, GEISHA WILLIAMS, and JASON P. WELLS, <br><br> Defendants. | Case No. 4:19-cv-06996-HSG |

**DECLARATION OF ERIC A. NORDSKOG**

I, Eric A. Nordskog, declare as follows:

1. I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data")[1], whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's April 20, 2021, Order Granting Motion for Preliminary Approval (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action (the "Action"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On October 25, 2022, the Court held a hearing relating to Lead Plaintiffs' Motion for Distribution of Class Settlement Funds (ECF No. 140). During the hearing, the Court requested an estimate of the number of claims whose *pro rata* award would be $10 or greater and thus eligible for payment under the Plan of Allocation. A.B. Data has performed an estimated award calculation and determined approximately 2,000 of the 6,226 total eligible claims will have a *pro rata* award of $10 or greater and will therefore be eligible for payment from the Net Settlement Fund.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated February 14, 2021 ("Stipulation"). ECF No. 81.

3.      Additionally, the Court requested examples of claims with an eligible purchase of PG&E Corporation ("PG&E") common stock during the period from December 13, 2018, through October 28, 2019, inclusive (the "Settlement Class Period"), which did not calculate to a Recognized Claim under the Plan of Allocation. A.B. Data has included several examples, attached hereto as Exhibit A, of claims with an eligible purchase of PG&E common stock during the Settlement Class Period which did not calculate to a Recognized Claim under the Plan of Allocation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of November 2022.

_____

Eric A. Nordskog

# EXHIBIT A

## EXHIBIT A

### No Recognized Claim Examples

| Table 1 of Plan of Allocation<br>Alleged Artificial Inflation in PG&E Common Stock | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| December 13, 2018 | September 23, 2019 | $5.72 |
| September 24, 2019 | September 26, 2019 | $4.84 |
| September 27, 2019 | October 7, 2019 | $4.38 |
| October 8, 2019 | October 9, 2019 | $4.17 |
| October 10, 2019 | October 27, 2019 | $1.04 |
| October 28, 2019 | Thereafter | $0.00 |

| Claim Number | Transactions | Plan of Allocation Calculation |
|---|---|---|
| **112923828** | **Transaction Type**   **Trade Date**   **Quantity**   **Price**<br>Purchase              1/14/2019         1,097.00      $9.10<br>Closing Balance    1/24/2020         1,097.00 | For each share of PG&E common stock purchased or otherwise acquired during the Settlement Class Period (i.e., December 13, 2018, through October 28, 2019, inclusive), the Recognized Loss per share shall be calculated as follows:<br><br>For each share of PG&E common stock purchased during the period December 13, 2018, through October 27, 2019, inclusive, that was still held as of the close of trading on January 24, 2020, the Recognized Loss per share is the lesser of:<br><br>a. the amount of per-share price inflation on the date of purchase as appears in Table 1; or<br><br>b. the purchase price minus the average closing price for PG&E common stock during the 90-Day Lookback Period, which is $9.40.<br><br>**Calculation: $9.10 (Purchase Price) - $9.40 (Avg. Closing Price) = $-0.30** |

**EXHIBIT A**

**No Recognized Claim Examples**

| Claim Number | Transactions | Plan of Allocation Calculation |
|---|---|---|
| **112785127** | <table><tr><td>**Transaction Type**</td><td>**Trade Date**</td><td>**Quantity**</td><td>**Price**</td></tr><tr><td>Purchase</td><td>12/17/2018</td><td>24</td><td>$24.56</td></tr><tr><td>Sale</td><td>1/17/2019</td><td>24</td><td>$7.26</td></tr></table> | For each share of PG&E common stock purchased or otherwise acquired during the Settlement Class Period (i.e., December 13, 2018, through October 28, 2019, inclusive), the Recognized Loss per share shall be calculated as follows:<br><br>For each share of PG&E common stock that was sold prior to September 24, 2019, the Recognized Loss per share is $0.00. |

| Claim Number | Transactions | Plan of Allocation Calculation |
|---|---|---|
| **75393658** | <table><tr><td>**Transaction Type**</td><td>**Trade Date**</td><td>**Quantity**</td><td>**Price**</td></tr><tr><td>Purchase</td><td>9/3/2019</td><td>99</td><td>$10.57</td></tr><tr><td>Sale</td><td>10/4/2019</td><td>24</td><td>$10.87</td></tr></table> | For each share of PG&E common stock purchased or otherwise acquired during the Settlement Class Period (i.e., December 13, 2018, through October 28, 2019, inclusive), the Recognized Loss per share shall be calculated as follows:<br><br>For each share of PG&E common stock purchased during the period December 13, 2018, through October 27, 2019, inclusive, that was subsequently sold during the period September 24, 2019, through October 27, 2019, inclusive, the Recognized Loss per share is *the lesser of*:<br><br>a. the amount of per-share price inflation on the date of purchase as appears in Table 1, *minus* the amount of per-share price inflation on the date of sale as appears in Table 1; or<br><br>b. the purchase price *minus* the sale price<br><br>**Calculation: $10.57 (Purchase Price) - $10.87 (Sale Price) = $-0.30** |